IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL E. HASE,<br><br>        Defendant. | Case No. 13-cv-1800 |

## COMPLAINT

COMES NOW the United States of America and, at the request of the Chief Counsel of the Internal Revenue Service, and at the direction of the Attorney General, complains and alleges against the defendant, Michael Hase, as follows:

1. This is a civil action brought by the United States of America for the purpose of collecting a civil penalty assessed against Michael E. Hase for his failure to report his interest in a foreign bank account as required by 31 U.S.C. § 5314 and the implementing regulations promulgated thereunder. Michael E. Hase agreed to pay that civil penalty in a plea agreement reached in a criminal case in the United States District Court for the District of Columbia.

## JURISDICTION

2. Jurisdiction over this action is conferred upon the district court by 28 U.S.C. § 1331 because this is a civil action arising under the laws of the United States.

3. Jurisdiction over this action is conferred upon the district court by 28 U.S.C. § 1345 because this is a civil action commenced by the United States.

## PARTIES

4. The plaintiff is the United States of America.

5. The defendant is Michael E. Hase. He resides in Alexandria, Virginia.

## CLAIM FOR RELIEF

6. During the year 2006, Hase maintained a bank account at UBS AG, which account was in a foreign country, and which account contained a maximum value of $3,875,934.53.

7. Hase opened this account in September 1996 with the Swiss Bank Corporation in the Channel Islands. In 1998, the Swiss Bank Corporation merged with Union Bank of Switzerland to form UBS AG. Hase's account was moved to UBS AG.

8. Hase knew he was obligated to report his UBS account to the Internal Revenue Service or the Department of the Treasury, and he chose not to report his UBS account as required.

9. Hase failed to comply with section 31 U.S.C. § 5314, which requires a person to keep records and file reports when the person maintains a relation with a foreign financial agency. Hase failed timely to file such reports with the Internal Revenue Service on Treasury Form TD-F 90-22.1, Report of Foreign Bank and Financial Accounts (FBAR), for the year 2006.

10. Hase is subject to civil penalties, pursuant to 31 U.S.C. § 5321(a)(5), because he willfully failed to comply with the reporting requirements of section 5314. Specifically, Hase failed timely to file an FBAR reporting his interest in the UBS account for the year 2006.

11. Hase acknowledged and consented to the determination of the civil FBAR penalty as part of his agreement to plead guilty in a criminal case filed with the United States District Court for the District of Columbia, Case Number 11-cr-262. Hase's plea agreement is attached as Exhibit A, and the criminal judgment resulting from Hase's plea of guilty is attached as Exhibit B.

12. On November 18, 2011, consistent with the plea agreement and the criminal judgment, a delegate of the Secretary of the Treasury of the United States of America made an assessment of the civil penalty against Hase in the amount of $1,937,767.26.

13. On November 18, 2011, a delegate of the Secretary of the Treasury of the United States of America gave notice of the assessment to, and made demand for payment of the assessment upon, Hase.

14. Despite this notice and demand for payment, Hase has failed to pay the full amount of the assessment.

15. Hase is indebted to the United States in the amount of $2,114,402.77, including all payments, interest, and penalties as of August 5, 2013, plus statutory additions and interest which continue to accrue thereafter as provided by law.

10765744.1

WHEREFORE, the United States of America respectfully prays,

A. That the Court award judgment in favor of the United States of America and against the defendant, Michael E. Hase, in the amount of $2,114,402.77, plus statutory additions and interest accruing from August 5, 2013, until paid; and

B. That the Court award the United States of America such further relief, including the costs of this action, that the Court finds just and proper.

DATED: November 18, 2013.

        KATHRYN KENEALLY
        Assistant Attorney General
        Tax Division

        /s/ W. Bradley Russell
        W. BRADLEY RUSSELL
        Trial Attorney, Tax Division
        Department of Justice
        Counsel for the United States
        Post Office Box 227
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: 202-307-0854
        Facsimile: 202-514-6866
        William.B.Russell@usdoj.gov