IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-01800-JEB |
| ) | |
| MICHAEL E. HASE, ) | |
| ) | |
| Defendant. ) | |

**ORDER AND CONSENT JUDGMENT AGAINST MICHAEL E. HASE**

Upon consideration of the United States' Unopposed Motion For Entry Of Consent Judgment Against Michael E. Hase, and

The Court finding that good cause exists for the granting of said motion, it is

ORDERED that the United States' Unopposed Motion For Entry Of Consent Judgment Against Michael E. Hase be and hereby is GRANTED; and it is further

ORDERED that JUDGMENT is entered in favor of the United States of America and against Michael E. Hase for a civil penalty assessed against Michael E. Hase for his failure to report his interest in a foreign bank account as required by 31 U.S.C. § 5314 and the regulations thereunder in the amount of $ 2,114,402.77, plus statutory additions accruing thereon according to law from August 5, 2013, and continuing until paid; and it is further

ORDERED that the Court shall retain jurisdiction over this action until full payment of the Judgment described above, is made by Michael E. Hase.

SO ORDERED this 9th day of Feb. , 2015.

JAMES E. BOASBERG
United States District Judge

AGREED TO BY:

/s/ Michael J. Martineau

MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6483
Telecopier: (202) 514-6866
michael.j.martineau@usdoj.gov
Attorney for United States

/s/ Michael S. Fried

MICHAEL S. FRIED
Fried & Rosefelt, LLC
Wisconsin Towers at Bethesda Crossing
7315 Wisconsin Avenue, Suite 925
Bethesda, Maryland
Tel: (301) 656-4424
Fax:(301) 576-3597
mfried@friedlaw.com
Attorney for Defendant